1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  HEATHER A. MOSER (CA SBN 212686)
   (HMoser@mofo.com)
4
   MORRISON & FOERSTER LLP
5  425 Market Street
   San Francisco, California  94105-2482
6  Telephone: 415.268.7000
   Facsimile: 415.268.7522
7
   Attorneys for Defendant
8  APPLE INC.

**GRANTED**

Judge James Ware

2/6/2009

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION
12

13

14  AARON WALTERS, Individually and on Behalf      Case No.    C-09-00187JW
    of All Others Similarly Situated,
15                                                 **STIPULATION EXTENDING
                  Plaintiff,                       TIME TO RESPOND TO
16                                                 COMPLAINT**
           v.
17
    APPLE INC., a California Corporation
18
                  Defendant.

19

20

21          IT IS HEREBY STIPULATED AND AGREED, that Defendant Apple Inc.'s time to

22  move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby

23  extended to and including March 18, 2009.

24  //

25  //

26  //

27  //

28  //

1
2

Dated: February 2, 2009                    MORRISON & FOERSTER LLP

3

4                                          By:   /s/ Penelope A. Preovolos
                                                 Penelope A. Preovolos

5                                          Attorneys for Defendant
6                                          APPLE INC.

7      Dated: February 2, 2009             DOYLE LOWTHER LLP

8

9                                          By:   /s/ William J. Doyle II
                                                 William J. Doyle II
10

11                                         Attorneys for Plaintiff
                                           AARON WALTERS

12

13

14

15

16

17

18

19

20

21          I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file

22     this Declaration.  In compliance with General Order 45, section X.B., I hereby attest that I have

23     on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this

24     efiled document.

25

26                                         By:                /s/
                                                 Penelope A. Preovolos

27

28